IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HAROLD EUGENE ROGERS**  **PETITIONER**
**ADC #75837**

v.  Case No. 5:17-cv-00314-KGB-BD

**WENDY KELLEY, Director**
**Arkansas Department of Correction**  **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Harold Eugene Rogers' petition without prejudice and denies the requested relief.

So adjudged this the 31st day of October, 2018.

                                                             Kristine G. Baker
                                                             United States District Judge